United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OBREGON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL, LLC,<br><br>    Defendants.<br>_____/ | No. C 11-02342 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The case management conference, currently set for August 18, 2011, is hereby **CONTINUED** to **SEPTEMBER 29, 2011, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: August 4, 2011.

                                                    WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE